Thomas J Holthus, Esq., Nevada SBN 3969
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Ocwen Loan Servicing, LLC, its assignees and/or successors

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| IN RE: | § | Case Number: BK-S 07-15712-lbr |
|---|---|---|
| Mazzarol, Diego M | § | |
| | § | Chapter: 13 |
| | § | |
| Debtor(s) | § | |

**REQUEST FOR NOTICE
PURSUANT TO BANKRUPTCY RULE 2002 AND 9010**

PLEASE TAKE NOTICE THAT Ocwen Loan Servicing, LLC hereby gives notice as follows:

   Pursuant to Bankruptcy Rule 2002 and 9010, McCarthy & Holthus, LLP hereby requests that:

   (i)   all notices given or required to be given in the case; and
   (ii)  all pleadings and correspondence served or required to be served in the case,

   regarding Ocwen Loan Servicing, LLC should be directed to McCarthy & Holthus, LLP at the following mailing address effective immediately:

   McCarthy & Holthus, LLP
   1770 Fourth Avenue
   San Diego, CA 92101

   This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plan and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

        Respectfully Submitted,
        /s/ Thomas J Holthus
        Thomas J Holthus Esq.
        McCarthy & Holthus, LLP
        Attorney for Ocwen Loan Servicing, LLC

### **CERTIFICATE OF SERVICE**

On October 2, 2007, I served the foregoing documents described as **REQUEST FOR NOTICE** on the following individuals by electronic means through the Court's ECF program:

        /s/Rebekah Mckillip
        Rebekah Mckillip

### **SERVICE LIST**

**COUNSEL FOR DEBTOR(S)**
George Haines
ghaines@hainesandkrieger.com

**TRUSTEE**
Rick A. Yarnall
RAY13mail@lasvegas13.com