Jeremy T. Bergstrom, Esq.  E-filed on <u>October 8, 2007</u>
Attorney Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052
(702) 369-5960 / FAX (702) 369-4955
File No. 07-91762

Attorneys for Secured Creditor
WILSHIRE CREDIT CORPORATION

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re, | BK No.: BK-S-07-15712-LBR |
| DIEGO M. MAZZAROL, | Chapter 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

      PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, WILSHIRE CREDIT CORPORATION, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

      Jeremy T. Bergstrom, Esq.
      MILES, BAUER, BERGSTROM & WINTERS, LLP
      2200 Paseo Verde Pkwy., Suite 250
      Henderson, NV  89052
      PH (702) 369-5960

                            MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:   <u>October 8, 2007</u>    By:   <u>/s/ Jeremy T. Bergstrom, Esq.</u>
                                      Jeremy T. Bergstrom, Esq.
                                      Attorney for Secured Creditor

1

# CERTIFICATE OF MAILING

The undersigned hereby certifies that on  October 8, 2007  , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
George Haines
1020 Garces Ave Ste 100
Las Vegas, NV 89101

CHAPTER 13 TRUSTEE:
Rick A. Yarnall
701 Bridger #820
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

                                              /s/ Christine Lutz
                                              An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(07-91762/rfsnlv.dot/cal)**